IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

GINA WATSON,

                    Plaintiff,

v.

OHIO AMBULANCE SOLUTIONS, LLC,
ET AL.

                    Defendants.

CASE NO. 1:20-cv-802

JUDGE

**NOTICE OF REMOVAL BY
DEFENDANTS OHIO AMBULANCE
SOLUTIONS, LLC AND CHRIS
FOSTER**

        Pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, Defendants Ohio Ambulance Solutions, LLC ("OAS") and Chris Foster, by and through undersigned counsel, hereby give notice of removal of this action from the Common Pleas Court for Hamilton County, Ohio to the United States District Court for the Southern District of Ohio, Western Division at Cincinnati, and in support thereof, state as follows:

**REMOVAL IS TIMELY**

        1.      On September 8, 2020, Plaintiff Gina Watson commenced a civil action against OAS in the Common Pleas Court for Hamilton County, Ohio, Case No. A 2000 3135, which was captioned *Gina Watson v. Ohio Ambulance Solutions, LLC* (the "State Court Action"). A true and accurate copy of the complaint is attached as **Exhibit A**. Pursuant to 28 U.S.C. § 1446(a), copies of all other process, pleadings, and motions are attached as **Exhibit B**.

2. On September 23, 2020, Plaintiff filed an amended complaint naming Chris Foster as a defendant.

3. OAS was served with the summons and complaint on September 11, 2020.

4. OAS and Foster were served with the summons and amended complaint on October 1, 2020.[1]

5. Foster was served with the summons and amended complaint on October 1, 2020.

6. Therefore, this notice of removal is filed timely within 30 days of service of the summons and complaint on OAS setting forth Plaintiff's claims, as required by 28 U.S.C. § 1446(b)(1).

### FEDERAL QUESTION JURISDICTION

7. Removal of this action is proper under 28 U.S.C. §§ 1331, 1367, and 1441(a) in that Plaintiff has alleged claims arising under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000, and the Age Discrimination in Employment Act ("ADEA"). (Complaint at p. 2, 3, 6-7, 10, 12, and 14). This Court has original jurisdiction over those claims pursuant to 28 U.S.C. § 1331.

8. Plaintiff has also alleged claims arising under Ohio law related to her employment termination. The Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. §1367.

### VENUE IS PROPER

9. Venue is properly placed in the United States District Court for the Southern District of Ohio, Western Division at Cincinnati, because it is the district court for the district

---

[1] Foster reserves the right to assert the affirmative defense of insufficient process and/or service of process, as the summons and amended complaint were sent by certified mail to OAS.

and division within which the State Court Action is pending, in accordance with 28 U.S.C. § 1446(a).

10.     Pursuant to 28 U.S.C. § 1446(d), upon filing this notice of removal, OAS will file a notice of filing of notice of removal in the Common Pleas Court for Hamilton County, Ohio.

WHEREFORE, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendants Ohio Ambulance Solutions, LLC and Chris Foster respectfully request that this Court accept this notice of removal and assume jurisdiction over this action.

Respectfully submitted,

*/s/ Tyler M. Jolley*
Douglas M. Kennedy (0022053)
Roetzel & Andress, LPA
41 South High Street
Huntington Center, 21st Floor
Columbus, OH  43215
Telephone: 614.463.9770
Facsimile: 614.463.9792
dkennedy@ralaw.com

Tyler M. Jolley (0092772)
Roetzel & Andress, LPA
250 E. Fifth Street, Suite 310
Cincinnati, OH 45202
Telephone: 513.361.0200
Facsimile: 513.361.0335
tjolley@ralaw.com

*Attorneys for Defendants Ohio Ambulance Solutions, LLC and Chris Foster*

<u>**CERTIFICATE OF SERVICE**</u>

On October 9, 2020, I certify that a copy of the foregoing was filed electronically via the

Court's electronic filing system. A copy of the foregoing was also sent via regular U.S. mail to

the following on October 9, 2020:

Gina L. Watson
3323 Werk Road
P.O. Box 7101
Cincinnati, OH 45211
*Pro Se Plaintiff*


*/s/ Tyler M. Jolley*
Tyler M. Jolley

4

15741619 _1  062902.0016