**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Gina L. Watson,

    Plaintiff,

        v.                                      Case No. 1:20-cv-00802

Ohio Ambulance Solutions, LLC, et al.,        Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Magistrate Judge's January 6, 2022 Report and Recommendation ("R&R"). (Doc. 51).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. (Doc. 51 PageID 520); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R have been filed, and the time to so file has passed.

Accordingly, it is hereby **ORDERED** that the January 6, 2022 R&R (Doc. 51) is **ADOPTED in full**, and Plaintiff's Motion to Amend the Complaint (Doc. 43) is **DENIED**.

    **IT IS SO ORDERED.**

                                  /s Michael R. Barrett
                                  Michael R. Barrett, Judge
                                  United States District Court