# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| GINA WATSON, <br><br> Plaintiff, <br><br> v. <br><br> OHIO AMBULANCE SOLUTIONS, LLC, et al., <br><br> Defendants. | Case No. 1:20-cv-802 <br><br> Judge Michael R. Barrett <br><br> **ORDER** |

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on November 22, 2023. (Doc. 74). Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that they may forfeit rights on appeal by failing to file objections in a timely manner. *See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). No timely objections have been filed and the window in which to do so has expired.

Accordingly, the R&R is hereby **ADOPTED**. Consistent with the recommendation of the Magistrate Judge, Defendants' motion for judgment on the pleadings, or in the alternative, motion for summary judgment, (Doc. 64), is **GRANTED**.

**IT IS SO ORDERED.**

                                                                      */s/ Michael R. Barrett*
                                                                      Michael R. Barrett
                                                                      United States District Judge